UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VINCENT N. MICONE, III,[1] | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:24-mc-00069-JRS-KMB |
| | ) |
| SUPERIOR TACTICAL RESPONSE AGENCY, LLC, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING MOTION FOR SERVICE BY UNITED STATES MARSHALS

Pending before the Court is Petitioner Vincent N. Micone, III, Acting Secretary of Labor's Motion for an Order Requiring the United States Marshals Service to Effect Service Upon Respondents ("Motion for Marshals Service"). [Dkt. 8.] Having reviewed the Motion, the Court finds it should be **GRANTED** for the reasons discussed herein.

Petitioner brought this action under the Fair Labor Standards Act, 29 U.S.C. § 201 ("FLSA"), requesting the Court to order Respondents to comply with the Subpoenas *Duces Tecum* issued by the Regional Administrator, Wage and Hour Division, United States Department of Labor. [Dkt. 1.] This Court issued an Order to Show Cause to Respondents, who have not appeared, requiring them to state why the Department of Labor's petition should not be granted. [Dkt. 5.] That Order also required Petitioner to serve respondents with a copy of the Order, the Petition, and the corresponding exhibits. [*Id.*]

---

[1] Vincent N. Micone, III, became the Acting Secretary of Labor on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted for Julie Su as the Petitioner of this suit.

Petitioner initially filed a Motion asking to extend the service deadline, citing difficulty serving Respondents. [Dkt. 6.] After that motion was granted, [dkt. 7], Petitioner filed the instant Motion, [dkt. 8], stating that a process server attempted to serve Respondents with the required paperwork on "eight separate occasions, without success[,]" [*id.* at 2 (emphasis removed)]. Petitioner believes that the Respondents are willfully evading service of process, so Petitioner requests that the Court order the United States Marshals Service to serve the Order to Show Cause, the Petition, and the accompanying exhibits upon Respondents. [*Id.*]

Federal Rule of Civil Procedure 4(c) governs requirements for service in general and contains a provision regarding service by a Marshal. It provides as follows:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

Fed. R. Civ. Pro. 4(c)(3). Accordingly, the Court "must" order service by marshal if the plaintiff "request[s]" and is proceeding in forma pauperis. However, where the plaintiff does not qualify to proceed in forma pauperis, the Court still retains discretion to order service by a marshal if appropriate. *See Koger v. Bryan*, 523 F.3d 789, 803 (7th Cir. 2008) (holding it was an error of law under the circumstances of that case to not consider Rule 4 service by marshal where plaintiff paid the filing fee). Specifically, the Court may order service by marshal where a plaintiff has offered a reason why they have not been able to effect service or even to "move the[] proceedings along." *See Dabney v. Ill. Dep't Nat. Res.*, 2017 WL 11743038 (S.D. Ill. Aug. 31, 2017).

In this case, Petitioner is not proceeding in forma pauperis, but the Court finds it appropriate to exercise its discretion to ensure that service is effectuated on the Respondents since they appear to be attempting to evade service. Specifically, Petitioner attaches a lengthy affidavit of service to the pending motion to show the lengths that Respondents have gone to avoiding

2

service.  [Dkt. 8-1.]  Thus, under these circumstances, the Court finds it appropriate to order the U.S. Marshals Service to serve these documents on the Respondents in accordance with Rule 4(c).

Therefore, **the Clerk is designated** pursuant to Federal Rule of Civil Procedure 4(c)(3) to serve the Respondents a copy of the Order to Show Cause, [dkt. 5], the Petition and accompanying exhibits, [dkts. 1; 2], and this Order.  Specifically, the **Marshal for this District or his deputy shall serve these documents on the Respondents** as soon as practicable given other demands already on the U.S. Marshals.  **Petitioner** must file proof of service **within 7 days** of when it becomes aware of service.  **Respondents' Response to the Court's Order to Show Cause** is due **within 14 days of that notice**.  The Clerk is **DIRECTED** to update the docket to reflect that the Petitioner in this case is now the Acting Secretary of Labor, **Vincent N. Micone, III**.

SO ORDERED.

Date: 2/12/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Electronic Notice to United States Marshal

3